IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA KLEINSCHMIT,                                                              No. CV 06-6332-MO

        Plaintiff,                                                                    JUDGMENT

   v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for further administrative proceedings not inconsistent with the Opinion and Order of the court entered March 19, 2008 (#21) pursuant to sentence four of 42 U.S.C. § 405(g).

    DATED this  19th  day of March, 2008.

                                                            /s/ Michael W. Mosman
                                                           MICHAEL W. MOSMAN
                                                           United States District Judge

PAGE 1 - JUDGMENT