FILED'08 MAY 07 16:47USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

LISA KLEINSCHMITT,
    Plaintiff,

v.

MICHAEL ASTRUE,
**Commissioner of Social Security,**
    Defendant.

06-6332-MO

CV 6332 - MO

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,704., and costs in the amount of $0.00, for a total of $6,704.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty.

There are no expenses to be paid herein.

DATED this 7th day of May 2008.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff